**5**

**Ira H. LOHMANN, Public Administrator, etc., Appellant, v. C. Sidney SHEPARD, Appellee.**

(Circuit Court of Appeals, Eighth Circuit. June 22, 1926.)

No. 7489.

Appeal from the District Court of the United States for the Western District of Missouri.

Paul Barnett, of Sedalia, Mo., for appellant.

D. J. Haff and Charles M. Blackmar, both of Kansas City, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.